UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SHASTA CORPORATION,<br><br>        Defendant. | Case No. 20-cv-00703-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT BY COURT AGAINST SHASTA CORPORATION**<br><br>Re: Dkt. Nos. 38, 47 |

The Court has reviewed Magistrate Judge Illman's Report and Recommendation Re Motion for Default Judgment by Court Against Shasta Corporation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's Motion for Default Judgment by Court Against Shasta Corporation and his request for attorneys' fees and costs are **DENIED**. The Court also declines to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim and therefore **DISMISSES** that claim without prejudice to refiling in state court.

Finally, the Court **SETS** a telephonic case management conference on March 22, 2022, at 2:00 p.m. All counsel shall use the following dial-in information to access the call:

Dial-In: 888-808-6929;

Passcode: 6064255

//

//

//

//

1    For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where
2    at all possible, parties shall use landlines.  No case management statement is required.

**IT IS SO ORDERED.**

Dated: 3/14/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge